IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KARLO LEVINCE LANE**                                                    **PLAINTIFF**

v.                                                                       No. 4:20CV132-JMV

**WARDEN MORRIE, ET AL.**                                       **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the motion [20], [21] by the defendants for summary judgment are **GRANTED**, and instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 9th day of November, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE